U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Iris Wilkie, :
        Plaintiff, :
: No. 3:12-cv-00580-RDM
v. :
:
Geisinger Health System, :
Geisinger System Services, & :
Geisinger Health Plan, :
        Defendants. :

## DISCLOSURE STATEMENT FORM

Please check one box:

__X__    The nongovernmental corporate parties, Geisinger System Services & Geisinger Health Plan, in the above listed civil action do not have any parent corporations or publicly held corporation that owns 10% or more of its stock.

____    The nongovernmental corporate party, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

                      BUCHANAN INGERSOLL & ROONEY PC

                By:     s/Jill M. Lashay
                      Jill M. Lashay, Esquire
                      Pa. Bar No. 79985
                      Anthony Andrisano, Esquire
                      Pa. Bar No. 201231
                      One South Market Square
                      213 Market Street, 3rd Floor
                      Harrisburg, PA  17101-2121
                      Attorneys for Defendants
                      Geisinger Health System, Geisinger System
                      Services & Geisinger Health Plan

DATE:  June 1, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the Disclosure Statement Form was transmitted to the Court electronically for filing and for service via first-class mail upon the following parties this 1st day of June, 2012:

Joseph C. Borland, Esq.
Borland & Borland, L.L.P.
69 Public Square, 11th Floor
Wilkes-Barre, PA 17801


      s/Jill M. Lashay
Jill M. Lashay
Pa. Bar No. 79985
Anthony Andrisano, Esquire
Pa. Bar No. 201231
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA  17101-2121

Attorneys for Defendants
Geisinger Health System, Geisinger System Services & Geisinger Health Plan