IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IRIS WILKIE, : (Judge Mariani)
    Plaintiff :
:
V. :
: No. 3:12-CV-00580
GEISINGER HEALTH SYSTEM, : (Filed Electronically)
    Defendants :
: **Jury Trial Demanded**

## STIPULATION

Upon representations by counsel for the Defendants, Jill Lashay, Esquire, that Geisinger Health System was not the employer of the Plaintiff; that Geisinger System Health Foundation withdrew the fictitious name, Geisinger Health System, on or about October 23, 2003; and, that Geisinger System Services did employ Plaintiff and employs more than one thousand persons, the parties do hereby stipulate that an order be entered dismissing Geisinger Health System from this action.

RESPECTFULLY SUBMITTED:

By /s/ Joseph C. Borland, Esquire
JOSEPH C. BORLAND, ESQUIRE
69 PUBLIC SQUARE, 11TH FLOOR
WILKES BARRE PA 18701
(570) 822-3311
(570) 822-9894 (fax)
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRIS WILKIE,<br>    Plaintiff | (Judge Mariani) |
| V. | No. 3:12-CV-00580 |
| GEISINGER HEALTH SYSTEM,<br>    Defendants | (Filed Electronically) |
| | <u>Jury Trial Demanded</u> |

## CERTIFICATE OF SERVICE

I, Joseph C. Borland, Esquire hereby certify that on this 18th day of June, 2012, I served a true and correct copy of the foregoing Stipulation to the following person, addressed as follows:

JILL M. LASHAY, ESQUIRE
ONE SOUTH MARKET SQUARE
213 MARKET STREET, 3rd FLOOR
HARRISBURG, PA 17101-2121

by regular mail, this 18th day of June, 2012.

RESPECTFULLY SUBMITTED:

BORLAND & BORLAND L.L.P.

By:   /s/ Joseph C. Borland, Esquire
      JOSEPH C. BORLAND, ESQUIRE
      69 Public Square, 11th Floor
      Wilkes-Barre, PA 18701
      Attorney for Plaintiff
      (570)-822-3311