IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRIS WILKIE, : | |
| Plaintiff : | (Judge Mariani) |
| : | |
| V. : | |
| : | No. 3:12-CV-00580 |
| GEISINGER HEALTH SYSTEM , : | (Filed Electronically) |
| Defendants : | |
| : | **Jury Trial Demanded** |

## ORDER

NOW THIS _19th_ day of June, 2012, upon the stipulation of the parties, IT IS ORDERED that Geisinger Health System is dismissed as a party to the above action.

BY THE COURT

_____
JUDGE MARIANI
United States District Court

FILED
SCRANTON

JUN 19 2012

PER_____
DEPUTY CLERK