THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRIS WILKIE, | : |
| Plaintiff, | : |
| v. | : 3:12-CV-580 |
| | : (JUDGE MARIANI) |
| GEISINGER SYSTEM SERVICES and GEISINGER HEALTH PLAN | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 18th DAY OF SEPTEMBER 2014**, upon consideration of Defendants' Motion for Summary Judgment (Doc. 23), and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. The Defendants' Motion for Summary Judgment (Doc. 23) is **DENIED**.

2. A telephone scheduling conference will be held on **THURSDAY, SEPTEMBER 25, 2014 at 11:00 AM**. Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge